**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESUS MURIETA,<br><br>            Petitioner,<br><br>      v.<br><br>JOE A. LIZARRAGA, Acting<br>Warden,<br><br>            Respondent. | NO. CV 12-10917 SS<br><br>**JUDGMENT** |

      Pursuant to the Court's Memorandum and Order Denying the Petition,

      IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:  December 27, 2013

                              /S/
                    SUZANNE H. SEGAL
                    UNITED STATES MAGISTRATE JUDGE